```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DIENO ANDERSON,                                              :
                                                             :    20-CV-7145 (RWL)
                              Plaintiff,                     :
                                                             :    ORDER
            - against -                                      :
                                                             :
LONG ISLAND RAILROAD COMPANY,                                :
                                                             :
                              Defendant.                     :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties shall jointly file a letter reporting the status of this case by **April 9, 2021**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 5, 2021
       New York, New York

Copies transmitted this date to all counsel of record.