```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DIENO ANDERSON,                                                :
                                                               :
                              Plaintiff,                       :
                                                               :
              - against -                                      :
                                                               :
LONG ISLAND RAILROAD COMPANY,                                  :
                                                               :
                              Defendant.                       :
---------------------------------------------------------------X
```

20-CV-7145 (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of the parties' letter stating that discovery is complete. Accordingly, by **April 19, 2021**, the parties shall file a letter (a) stating whether the parties would like to hold a settlement conference and, if so, whether to do so with the undersigned or the SDNY mediation program; (b) indicating whether either party intends to file a dispositive motion and, if so, explaining the basis for such motion; and (c) setting forth any dates that counsel would not be available for trial during July to December of 2021. In the absence of a dispositive motion, the Court will request a trial date from the SDNY jury trial coordinator established for purposes of scheduling jury trials during pandemic conditions. If the parties wish to have a trial date certain, and likely earlier than a jury trial, they may agree to a bench trial and shall so inform the Court in the same letter.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  April 8, 2021
        New York, New York

Copies transmitted this date to all counsel of record.